NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELIJAH JACKSON, JR.,                    )
                                        )
            Petitioner,                 )
                                        )
v.                                      )          Case No. 2D17-2166
                                        )
BANK OF AMERICA, N.A.,                  )
                                        )
            Respondent.                 )
_____ )


Opinion filed March 2, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Polk County; Donald G.
Jacobsen, Judge.

Elijah Jackson, Jr., pro se.

Brittney Lauren Bell, Sara F. Holladay-
Tobias, and Emily Y. Rottmann of
McGuireWoods LLP, Jacksonville, for
Respondent.



PER CURIAM.


            Denied.


NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.